IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Kenneth Roshaun Reid, | ) | C/A No. 0:18-255-CMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| United States of America, | ) | |
| Defendant. | ) | |

    Plaintiff, Kenneth Roshaun Reid, a self-represented federal prisoner, filed this civil action. By orders issued February 23[1] and March 28, 2018, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF Nos. 3 & 8.) Plaintiff was warned in both orders that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff responded to the first order, noting he believed the order was sent to him by mistake and denying he filed a lawsuit in this court. Plaintiff failed to respond to the second order, and Plaintiff has failed to submit any of the documents required by the court.

    It appears possible this lawsuit was filed as a separate claim when it was intended as merely a copy of the Writ of Mandamus filed in the Fourth Circuit by Plaintiff. *See In re: Kenneth Roshaun Reid*, No. 18-1118 (writ of mandamus denied by per curiam order April 20, 2018). The instant case and the filing in the Fourth Circuit occurred on the same day, January 29, 2018. As there is no active case or controversy, and Plaintiff has failed to otherwise prosecute this case, it is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*,

---

[1] The initial proper form order was mistakenly sent to Plaintiff with blank service documents for another case.

370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
July 26, 2018