UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Kenneth Roshaun Reid,<br>*Petitioner*<br>v.<br>United States of America,<br>*Respondent* | )<br>)<br>)   Civil Action No.   0:18-cv-00255-CMC-PJG<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The petitioner, Kenneth Roshaun Reid shall take nothing of the respondent, United States of America, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, dismissing the case without prejudice.

Date:  July 26, 2018                                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                             *s/B. Goodman*
                                                                                                 _____
                                                                                                 *Signature of Clerk or Deputy Clerk*